UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| CRITICAL EDGE INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>LADONNA MASON,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 2:23-cv-00243-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, Senior United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Gainesville, Georgia, this 5th day of February, 2024.

                                                                    KEVIN P. WEIMER
                                                                    CLERK OF COURT

                               By:   s/Shane Gazaway
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
      February 5, 2024
Kevin P. Weimer
Clerk of Court

By:  s/Shane Gazaway
      Deputy Clerk